IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| CHARITABLE DAF FUND, L.P. and | § | |
| CLO HOLDCO, LTD., | § | |
| | § | |
| Appellants, | § | |
| | § | |
| vs. | § | Civil Case No. 3:23-cv-01503-B |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Appellee. | § | |

**NOTICE OF APPEAL OF APPELLANTS
<u>CHARITABLE DAF FUND, L.P. AND CLO HOLDCO, LTD.</u>**

Appellants Charitable DAF Fund, L.P. and CLO HOLDCO, LTD. appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment of the Northern District of Texas entered on September 10, 2024, affirming the Northern District of Texas Bankruptcy Court's Order Granting Highland Capital Management, L.P.'s Renewed Motion to Dismiss Complaint.

The parties to the Final Judgment appealed from and the names and addresses of their respective attorneys are as follows:

Charitable DAF Fund, L.P. and
CLO Holdco, Ltd., Appellants:

Mazin A. Sbaiti
Jonathan Bridges
Sbaiti & Company PLLC
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201

1

| | |
|---|---|
| Highland Capital Management, L.P., Appellee: | Jeffrey N. Pomerantz<br>John A. Morris<br>Gregory V. Demo<br>Hayley R. Winograd<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br><br>Melissa S. Hayward<br>Zachery Z. Annable<br>Hayward PLLC<br>10501 N. Central Expressway, Suite 106<br>Dallas, TX 75231 |

| | |
|---|---|
| Dated: September 20, 2024 | Respectfully submitted,<br><br>*/s/ Mazin A. Sbaiti*<br>**Mazin A. Sbaiti**<br>Texas Bar No. 24058096<br>**Jonathan Bridges**<br>Texas Bar No. 24028835<br>Sbaiti & Company PLLC<br>2200 Ross Avenue – Suite 4900W<br>Dallas, TX  75201<br>T:  (214) 432-2899<br>F:  (214) 853-4367<br><br>**Counsel for Appellants'** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via the Court's CM/ECF System on this 20th day of September, 2024.

*/s/ Mazin A. Sbaiti*
Mazin A. Sbaiti