

**HAYWARD**
—PLLC—
10501 N. CENTRAL EXPRESSWAY
SUITE 106   DALLAS, TX 75231
972.755.7100 (MAIN/FAX)
WWW.HAYWARDFIRM.COM

ZACHERY Z. ANNABLE
972.755.7108 (DIRECT)
ZAnnable@HaywardFirm.com

December 30, 2024

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

   Re: Case No. 24-10880, *Charitable DAF Fund, L.P. et al. v. Highland Capital Management, L.P.*; Unopposed Level 1 Request for Extension

Ladies and Gentlemen:

  This firm is counsel of record for appellee Highland Capital Management, L.P. ("Appellee") in the above-referenced case. In accordance with Rule 31.4 of the *Rules and Internal Operating Procedures for the United States Court of Appeals for the Fifth Circuit* (the "Fifth Circuit Rules and IOPs"), Appellee respectfully requests an extension of time to file its brief under Rule 28(b) of the Federal Rules of Appellate Procedure of **30 days** to **February 21, 2025**. Appellants' counsel has indicated to Appellee's counsel in writing that Appellants do not oppose this requested extension.

  Due to the current schedules for numerous other appeals and matters involving Appellee pending in this Court and the United States District Court for the Northern District of Texas, as well as counsel's personal and professional scheduling conflicts, Appellee requests an additional 30 days to prepare Appellee's brief. Again, Appellants do not oppose the requested 30-day extension.

  This request is made for good cause shown under Rule 31.4.3.1 of the Fifth Circuit Rules and IOPs.

  Thank you for your consideration and granting of this extension request.



Very truly yours,

Zachery Z. Annable