# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 28, 2025

No. 24-10880    Charitable DAF Fund v. Highland Capital  
USDC No. 3:23-CV-1503

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant brief must be blue; record excerpts must be white; Appellee brief must be red; Reply brief must be gray. You may refer to Fed. R. App. P. 32 for guidance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Pamela F. Trice, Deputy Clerk  
504-310-7633

Mr. Zachery Z. Annable  
Mr. Jonathan Bridges  
Mr. Gregory Vincent Demo  
Ms. Melissa Sue Hayward  
Mr. John A. Morris  
Mr. Jeffrey N. Pomerantz  
Mr. Griffin Simon Rubin  
Mr. Mazin Ahmad Sbaiti  
Ms. Hayley R. Winograd